**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:15-cv-08043-AB (KES) | Date: June 23, 2017 |

Title: SHELDON NEWSOME v. AMANDA DILLION, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

| **PROCEEDINGS (IN CHAMBERS):** | **ORDER TO SHOW CAUSE**<br>Why This Action Should Not Be<br>Dismissed for Lack of Prosecution |
|---|---|

On October 14, 2015, Plaintiff filed a civil rights Complaint under 42 U.S.C. § 1983. (Dkt. 1.) Defendants were served and moved to dismiss. (Dkt. 42, 46.) On May 3, 2016, the Court granted the motions and dismissed the Complaint with leave to amend. (Dkt. 51.)

Plaintiff filed a First Amended Complaint on December 27, 2016. (Dkt. 67.) Defendants again moved to dismiss. (Dkt. 71, 72.) On May 3, 2017, the Court dismissed the First Amended Complaint without prejudice. (Dkt. 80.) The Court stated, "If Plaintiff still desires to pursue his claims, he shall file a Second Amended Complaint within twenty-eight (28) days of the date of this Order," i.e., May 31, 2017. (<u>Id.</u> at 20.) The Court admonished Plaintiff that "if he fails to timely file a Second Amended Complaint, the Court will recommend that this action be dismissed with prejudice for failure to diligently prosecute." (<u>Id.</u>)

As of the date of this Order, Plaintiff has not filed a Second Amended Complaint or any further documents with the Court.

IT IS HEREBY ORDERED that, on or before **July 7, 2017**, Plaintiff shall show cause why this action should not be dismissed with prejudice for lack of prosecution. If Plaintiff no longer wishes to pursue his claims, he may file a notice of voluntary dismissal. **If Plaintiff fails to timely respond to this Order, the Court will recommend that this action be dismissed with prejudice due to Plaintiff's failure to diligently prosecute his claims.**

Initials of Deputy Clerk <u>JD</u>